# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **DEMOND ANDRAE JACKSON,** | ) | |
| Petitioner, | ) | Civil Action No. 7:14cv00321 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **CHRISTOPHER ZYCH,** | ) | By: Norman K. Moon |
| Respondent. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that respondent's motion to dismiss (Docket No. 8) is **GRANTED**, Jackson's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED without prejudice**, and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying memorandum opinion to the parties.

**ENTER**: This  3rd  day of March, 2016.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE